District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGGY SORIO,<br><br>                Petitioner,<br><br>v.<br><br>LAURA HERMOSILLO, *et al.*,<br><br>                Respondents. | Case No. 2:25-cv-02492-TL<br><br>[PROPOSED] ORDER ON STIPULATED MOTION AND BRIEFING SCHEDULE<br><br>Noted for Consideration:<br>December 10, 2025 |

Pursuant to this Court's Order (Dkt. No. 6), Petitioner and Federal Respondents[1] submit this proposed briefing schedule. Petitioner filed a habeas petition and a motion for a temporary restraining order ("TRO") on December 8, 2025. Dkt. Nos. 1 & 2. Petitioner is a civil detainee at the Northwest ICE Processing Center in Tacoma, Washington. The TRO motion asks this Court to enjoin Petitioner's removal and allow him "the opportunity to seek adequate medical care and stabilize his health before executing his removal order." TRO Mot., at 9.

//

//

//

---

[1] Bruce Scott is not a Federal Respondent and is not represented by the U.S. Attorney's Office.

1   The parties have conferred and have agreed to and propose the following response
2   schedule to allow for both a response to the TRO motion and a reply:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Response to the TRO Motion | December 12, 2025 |
| Petitioner's reply in support of the TRO Motion | December 16, 2025 |

8   This Court has ordered the following briefing schedule for the Habeas Petition (Dkt.
9   No. 9):

| **Filing** | **Deadline** |
|---|---|
| Respondents' Response to the Habeas Petition | December 23, 2025 |
| Petitioner's reply | December 29, 2025 |

14   The parties have conferred and agreed to and propose the follow expedited response
15   schedule for the Habeas Petition mentioned above:

| **Filing** | **Deadline** |
|---|---|
| Respondents' Response to the Habeas Petition | December 19, 2025 |
| Petitioner's reply | December 23, 2025 |

20   Furthermore, Federal Respondents agree to not remove Petitioner from the United States
21   or transfer him to another facility during the pendency of this litigation before this Court.
22   Accordingly, the parties request that the Court enter the proposed briefing schedules.
23   //
24   //

[PROPOSED] ORDER ON
STIPULATED MOTION FOR BRIEFING SCHEDULE
[Case No. 2:25-cv-02492-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 10th day of December, 2025.

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorneys for Federal Respondents*

I certify that this memorandum contains 259 words, in compliance with the Local Civil Rules.

*s/ Louise Carhart*
LOUISE CARHART, PHV
Kempster, Corcoran, Quiceno, & Lenz-Calvo, Ltd.
332 S. Michigan Ave., Suite 1428
Chicago, Illinois 60604
Phone: (312) 341-9730
Email: louisec@klc-tltd.com

*s/ Sam Sueoka*
SAM SUEOKA, WSBA# 59949
P.O. Box 18011
Seattle, Washington 98118
Phone: (808) 729-1088
Email: ssueoka@proton.me

*s/ Peyton Kathryn Jacobsen*
PEYTON KATHRYN JACOBSEN, WSBA# 60181
West African Community Council
6322 44th Avenue S.
Seattle, Washington 98118
Phone: (206) 750-6078
Email: petytonj@waccofseattle.org

*Attorneys for Petitioner*

[PROPOSED] ORDER ON
STIPULATED MOTION FOR BRIEFING SCHEDULE
[Case No. 2:25-cv-02492-TL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit briefing concerning the TRO motion pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Response to the TRO Motion | December 12, 2025 |
| Petitioner's reply in support of the TRO Motion | December 16, 2025 |

The parties shall submit briefing concerning the Habeas Petition pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Respondents' Response to the Habeas Petition | December 19, 2025 |
| Petitioner's reply | December 23, 2025 |

This Court's Order setting a briefing schedule (Dkt. No. 9) is vacated.

Federal Respondents shall not remove Petitioner from the United States or transfer him to another facility during the pendency of this litigation before this Court.

DATED this 11th day of December, 2025

_____
TANA LIN
United States District Judge

[PROPOSED] ORDER ON
STIPULATED MOTION FOR BRIEFING SCHEDULE
[Case No. 2:25-cv-02492-TL] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800