## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGGY SORIO,<br><br>                              Petitioner,<br><br>v.<br><br>LAURA HERMOSILLO, Seattle Field Office Director, Enforcement and Removal Operations, United States Immigration and Customs Enforcement (ICE), et al.,<br><br>                              Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:25-cv-02492-TL |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Petition for writ of habeas corpus is GRANTED with the relief ordered at Dkt. No. 25.

Dated February 13, 2026.

                                                            Joshua C. Lewis
                                                            Clerk of Court

                                                           s/Kadya Peter
                                                           Deputy Clerk