UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGGY SORIO,

                    Petitioner,

          v.

LAURA HERMOSILLO, Seattle Field
Office Director, Enforcement and Removal
Operations, United States Immigration and
Customs Enforcement (ICE), et al.,

                    Respondents.

CASE NO. 2:25-cv-02492-TL-BAT

ORDER VACATING MINUTE
ORDER AND STRIKING MOTION
AS MOOT

This matter is before the Court sua sponte.

On March 18, 2026, the Court entered a Minute Order (Dkt. No. 29) granting Petitioner's Motion for Extension of Time to Apply for Attorney's Fees under EAJA and purporting to extend the deadline in question from March 16, 2026, too March 31, 2026.

That Minute Order was entered in error. Under the Equal Access to Justice Act ("EAJA"), a "prevailing party" may file a motion "seeking an award of fees and other expenses . . . within thirty days of final judgment in the action[.]" 28 U.S.C. § 2412(d)(1)(A), (B). A "final

ORDER VACATING MINUTE ORDER AND STRIKING MOTION AS MOOT – 1

judgment" for EAJA purposes "means a judgment that is final and not appealable . . . ." *Id.* § 2412(d)(2)(G). Because the judgment entered in this habeas corpus action on February 13, 2026, may still be appealed by Respondents, *see* 28 U.S.C. § 2253(a); Fed. R. App. P. 4(a)(1)(B), there is not yet a "final judgment" in this case. At this time, therefore, Petitioner is not a "prevailing party" who may file a motion for fees and other expenses under EAJA, *see* 28 U.S.C. § 2412(d)(2)(H), and any such motion would be premature. Therefore, the deadline Petitioner sought to extend did not exist and could not have been extended by the Court.

Accordingly, the Court VACATES its prior Minute Order (Dkt. No. 29) and STRIKES Petitioner's Motion for Extension of Time to Apply for Attorney's Fees under EAJA (Dkt. No. 28) as moot. Petitioner may timely move for fees, if appropriate, once there is a final judgment in this case.

Dated this 27th day of March, 2026.

Tana Lin
United States District Judge

ORDER VACATING MINUTE ORDER AND STRIKING MOTION AS MOOT – 2